

No. 13–8009/AR. Nidal M. Hasan, Appellant v. Gregory Gross, Colonel, U.S. Army, Military Judge, Appellee. CCA 20120876. On consideration of Appellant's motion to stay proceedings, it is ordered that said motion is hereby granted pending further order of the Court.

No. 13–0016/AR. U.S. v. Daniel Gaskins. CCA 20080132. Review granted on the following issues:

I. WHETHER THE GOVERNMENT'S LOSS OF A SENTENCING EXHIB-IT RENDERED THE RECORD OF TRIAL INCOMPLETE UNDER ARTICLE 54, UCMJ, RESULTING IN A JURISDICTIONAL LIMITA-TION ON THE SENTENCE TO ONE NO GREATER THAN THAT WHICH COULD BE APPROVED FOR A NON–VERBATIM RECORD.

II. WHETHER APPELLANT WAIVED THE FAILURE TO PLEAD THE TERMINAL ELEMENT OF THE ARTICLE 134 OFFENSES BY HIS FAILURE TO RAISE THAT ISSUE AT THE SENTENCE REHEAR-ING, AND IF NOT, WHETHER THOSE CHARGES SHOULD BE DIS-

MISSED BECAUSE THE GOVERNMENT FAILED TO PLEAD THE TERMINAL ELEMENT.

Briefs will be filed under Rule 25.

Misc. No. 13–8008/AR. Shawn M.E. Pelletier, Petitioner v. Colonel Thomas D. Cook, Colonel Theresa A. Gallagher, Lieutenant Colonel Steven P. Haight, United States Army, Respondents. CCA 20100711. On consideration of the petition for extraordinary relief in the nature of a writ of prohibition and Petitioner's motion for a stay of proceedings, it is ordered that said motion is hereby denied, and that said petition for extraordinary relief in the nature of a writ of prohibition is hereby denied.

No. 12–8025/AR. Michael G. New, Appellant v. United States, Appellee. On consideration of Appellant's petition for reconsideration of the Court's order issued on September 10, 2012, it is ordered that said petition for reconsideration is hereby denied.

No. 13–0079/NA. U.S. v. Steve Moya. CCA 201100444. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 13, 2012.